To whom it may concern, around April 6, 2015 I mailed you a letter along with original court documents showing my innocence on June 1, 2015 I recieved a letter stating that my Petition For Discretionary Review ~~was~~ (#PD-0128-15) was returned to the 11th court of appeals around April 9th I recieved a card stating that my PDR was denied But I never recieved documentation stating that you recieved my letter/original court documents also I never recieved a letter from the County (Palo Pinto) District attorney stating why my PDR was Denied Can you please help me.

Johnny Davis Jr.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 22 2015
Abel Acosta, Clerk